CAVALLO v. PEOPLE'S SURETY CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Pasquale Cavallo against the People's Surety Company of New York. No opinion. Time to file brief extended until January 3, 1914. Settle order on notice. See, also, 144 N. Y. Supp. 1109.

CAVALLO v. PEOPLE'S SURETY CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Pasquale Cavallo against the People's Surety Company of New York. No opinion. Motion to dismiss appeal denied. Order filed. See, also, 144 N. Y. Supp. 1109.

In re CECIRE. (Supreme Court, Appellate Division, First Department. December 31, 1913.) In the matter of Bernard F. Cecire. No opinion. Referred to official referee. Settle order on notice.

CERUSSI v. WILKES. (Supreme Court, Appellate Term, First Department. December 18, 1913.) Appeal from Municipal Court, Borough of the Bronx, Second District. Action by Michael Cerussi against Peter W. Wilkes. From a judgment for plaintiff, defendant appeals. Modified and affirmed. George Doan Russell, of New York City, for appellant. Anthony J. Romagna, of New York City, for respondent.

PER CURIAM. In granting judgment for the plaintiff the justice ignored an undisputed item of $13.01 paid by the defendant as expressage on materials of the plaintiff. We have examined the record, and find nothing that would justify a reversal. The judgment will therefore be reduced to $366.71, and, as modified, affirmed, with costs to respondent.

CIKARA, Respondent, v. PETROLEUM IRON WORKS CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 14, 1913.) Action by Victoria Cikara, as administratrix, etc., of Pascovale Cikara, deceased, against the Petroleum Iron Works Company. No opinion. Judgment and order unanimously affirmed, with costs.

CITY OF NEW YORK, Respondent, v. CENTRAL PARK, N. & E. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 19, 1913.) Action by the City of New York against the Central Park, North & East River Railroad Company. C. Mellen, of New York City, for appellant. T. Farley, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See also, 149 App. Div. 944, 134 N. Y. Supp. 1128.

CITY OF OLEAN, Appellant, v. BRADNER, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 19, 1913.) Action by the City of Olean against Marcia B. Bradner.

PER CURIAM. Judgment affirmed with costs. Held, that the common council had power under the charter to require defendant to lower her sidewalk to the established grade of the street, and, under the facts in this case, was not estopped from so doing by any prior acts of the superintendent of streets. The judgment was, however, properly reversed for want of sufficient competent proof of the expense incurred by the city, or to justify receiving in evidence the Dunham map. The reversal is not a bar to a new action.

CLARKE, Appellant, v. GILMORE, Respondent. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by Stephen G. Clarke, as executor, against James R. Gilmore. E. G. Stevens, of New York City, for appellant. C. Blandy, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 157 App. Div. 920, 142 N. Y. Supp. 1113.

In re CLARK'S WILL. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) In the matter of the probate of the last will and testament and codicil of William H. Clark, deceased. No opinion. Decree of the Surrogate's Court of Kings County, in so far as appealed from, affirmed, with costs to the respondent.

C. LUDWIG BAUMANN & CO., Appellant, v. BAUMANN et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Action by C. Ludwig Baumann & Co., against Amerlia Baumann and others. No opinion. Order affirmed, with $10 costs and disbursements.

COCKRELL, Appellant, v. HUTTON et al., Respondents. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Samuel W. Cockrell against Edward F. Hutton and others. M. Denman, for appellant. M. F. Tompkins, of New York City, for respondents. No opinion. Order affirmed, with costs. Order filed.

CODY et al., Respondents, v. DICKINSON, Appellant. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) Action by John H. Cody and another against James W. Dickinson. No opinion. Motion for reargument (of 144 N. Y. Supp. 158) denied, with $10 costs.

COHEN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Molly Cohen against the City of New York. H. Crone, of New York City,